**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1029**

EMMANUEL AGBARA,

Plaintiff - Appellant,

v.

PRINCE GEORGE'S COUNTY PUBLIC SCHOOLS, (PGCPS); DR. MONICA GOLDSON, CEO PGCPS; KENMOOR EARLY CHILDHOOD DEVELOPMENT CENTER, (KECDC); ALMA EZELL-LAWSON, Principal (KECDC); MS. HAM, (Trice), Registrar of KECDC; MS. LISA LAMAR, Special Education Coordinator (KECDC); MS. EVELYN O. OKOJI; BOARD OF EDUCATION OF PRINCE GEORGE'S COUNTY, MARYLAND,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge.  (8:20-cv-00306-TJS)

Submitted:  March 1, 2022                     Decided:  March 8, 2022

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emmanuel Agbara, Appellant Pro Se.  Edmund J. O'Meally, Kambon Raymond Williams, PESSIN KATZ LAW, P.A., Towson, Maryland; Ross Philip McSweeney, GROOM LAW GROUP, CHARTERED, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmanuel Agbara appeals the district court's order granting Defendants' motions to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Agbara v. Prince George's Cnty. Pub. Schs.*, No. 8:20-cv-00306-TJS (D. Md. Dec. 18, 2020). We grant Agbara's motion for an extension of time to file his reply and grant Evelyn O. Okoji's motion to strike portions of Agbara's brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*